## CARTHANIEL BALDWIN *v.* COMMISSIONER OF CORRECTION

The petitioner Carthaniel Baldwin's petition for certification for appeal from the Appellate Court, 89 Conn. App. 502 (AC 24602), is denied.

*Brian D. Russell,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 20, 2005

## MARTIN ZIEL *v.* COMMISSIONER OF CORRECTION

The petitioner Martin Ziel's petition for certification for appeal from the Appellate Court, 89 Conn. App. 371 (AC 24685), is denied.

*Sean K. Crowshaw,* special public defender, in support of the petition.

*Julia K. Conlin,* assistant state's attorney, in opposition.

Decided September 20, 2005

## NORMAN TUCHMAN ET AL. *v.* STATE OF CONNECTICUT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 89 Conn. App. 745 (AC 24792), is denied.

*Kenneth A. Votre,* in support of the petition.

*David H. Wrinn,* assistant attorney general, in opposition.

Decided September 20, 2005